**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE S.A.,<br><br>            Plaintiffs,<br><br>    v.<br><br>LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>            Defendants. | C.A. No. 17-cv-85-LPS<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO DISMISS
DEFENDANT LG ELECTRONICS MOBILECOMM U.S.A.**

WHEREAS LG Electronics, Inc. ("LGE") and LG Electronics U.S.A., Inc. ("LGEUS") have represented that, on August 1, 2018, LG Electronics MobileComm U.S.A., Inc. ("LGEMU") merged into its former parent company LGEUS, thereby making LGEUS the successor in interest of LGEMU;

WHEREAS LGEUS has represented that it has assumed all of the rights and obligations of LGEMU, including any rights and obligations related to this litigation; and

WHEREAS LGE and LGEUS have agreed that they will not use the merger or this stipulation as a basis to limit future discovery (i.e. they will provide Plaintiffs any and all discovery that Plaintiffs could have obtained from LGEMU, subject only to those objections LGEMU could have made but for the merger regarding proportionality, burden, relevance, control by a non-LG entity, time frame, responsiveness, privilege, work-product, confidentiality, and similar issues);

WHEREAS neither LGE or LGEUS nor Plaintiffs seek to use the merger or this stipulation as a basis to expand or narrow past or future discovery beyond the discovery any would have been entitled to had LGEMU remained in the case;

1

WHEREAS, if LGEUS does not assume LGEMU's rights and obligations related to this litigation or LGE or LGEUS limit future discovery in contravention of this agreement, Plaintiffs may, at their option, amend their complaint to add LGEMU or its successor in interest as a defendant in this matter or file an additional action against such entity or entities.

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendants, subject to approval of the Court, that LGEMU is dismissed without prejudice from this case and that the case caption be amended as follows to reflect the present parties:

>3G Licensing, S.A., Koninklijke KPN N.V., and Orange S.A,
>    *Plaintiffs*,
>v.
>LG Electronics, Inc., and LG Electronics U.S.A., Inc.,
>    *Defendants*.

Dated: October 4, 2018                         Respectfully submitted,

By: /s/ Rodger D. Smith
MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Peter H. Kang
Ashish Nagdev
Jinyung Lee
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA  94304
(650) 565-7000

Ryan M. Sandrock
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
(415) 772-1200

Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
jtigan@mnat.com

*Attorneys for Defendants*

FARNAN LLP

OF COUNSEL:
Lexie G. White
Jeffrey S. David
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366

Andres C. Healy
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880

By: */s/ Brian E. Farnan*
Joseph J. Farnan, Jr. (#100245)
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Attorneys for Plaintiffs*